IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-464-FL

**THE UNITED STATES OF AMERICA,**
**for the use and benefit of**
**POWERMASTER ELECTRIC, INC.**
**and POWERMASTER ELECTRIC,**
**INC.**

    **Plaintiffs,**
**v.**

**ARGO SYSTEMS, LLC and**
**BERKLEY INSURANCE**
**COMPANY/BERKLEY SURETY,**

    **Defendants.**

### ORDER GRANTING DEFENDANTS' <u>MOTION TO COMPEL ARBITRATION AND TO STAY ACTION</u>

Having considered the motion filed by Defendants, ARGO Systems, LLC and Berkley Insurance Company, to compel arbitration of PowerMaster Electric, Inc.'s breach of contract and *quantum meruit* claims and to stay the entire action pending arbitration, the Court hereby GRANTS the motion. Joint status report shall be filed 180 days from the date of this order and every 180 days until case concludes.

Dated: 1/29/19 _____

LOUISE W. FLANAGAN
United States District Judge

To be served on the parties and counsel of record:

Brian P. LiVecchi
Cumalander Adcock, LLP
300 Judd Place Drive
P.O. Box 1055
Fuquay-Varina, NC 27526
bpl@camlawfirm.com
Attorney for Plaintiffs

Knicole Emanuel
Potomac Law Group, PLLC
1300 Pennsylvania Ave., N.W., Suite 700
Washington, D.C. 20004
Telephone: 919-219-9319
Fax: 202-318-7707
E-Mail: kemanuel@potomaclaw.com
Attorney for Defendants